08/17

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re:  Case No. **22-01077**

**William Jacob Cole**  Chapter 7

Debtor(s).

/

## ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| 1207 Burns St. Albion, MI 49224 Calhoun County Primary Residence Market value based on zillow.com | Yes | Progressive | 6/4/2022 | Yes |
| 2017 Ford Escape 101,000 miles Location: 1207 Burns St., Albion MI 49224 Market value based on nada.com | Yes | Progressive | 6/10/2022 | Yes |
| Various household goods and furnishings Location: 1207 Burns St., Albion MI 49224 | Yes | Progressive | 6/4/2022 | Yes |
| Various household electronics Location: 1207 Burns St., Albion MI 49224 | Yes | Progressive | 6/4/2022 | Yes |

If the debtor is self-employed, does the debtor have general liability insurance for business activities? Yes ☐   No ☐

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated: **May 25, 2022**   /s/ William Jacob Cole

**William Jacob Cole**
Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors.