# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
_____

IN RE:

    COLE, WILLIAM JACOB　　　　　　　　　　　　　Case No. 22-01077-SWD
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
              Debtor(s).

　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. SCOTT W. DALES
_____/　　　　　　 U.S. Bankruptcy Judge

**NOTICE OF § 341 FIRST MEETING OF CREDITORS AS ZOOM VIDEOCONFERENCE**

The Trustee, Laura J. Genovich, hereby gives notice that the § 341 First Meeting of Creditors for COLE, WILLIAM JACOB scheduled for 06/28/2022 at 9:00AM will be held at the scheduled date and time but will be conducted via **Zoom videoconference** and telephone due to concerns about COVID-19/coronavirus. Debtors, creditors, counsel, and other interested parties can join the Zoom videoconference via the link and instructions below:

https://us06web.zoom.us/j/84050336084?pwd=M2N3RThIRIFvZVA0TTlRQXJVT1l6dz09

**Meeting ID: 840 5033 6084**

**Passcode: 853010**

Alternatively, you may join the conference via telephone as follows:

**Dial: (312) 626-6799**

**Meeting ID: 840 5033 6084**

**Passcode: 853010**

Video participation through Zoom using the information above is preferred and strongly recommended.

Multiple meetings will be scheduled during the same hour. Upon being connected to the Zoom videoconference and/or conference call, all parties must **immediately mute their lines until their case is called** by the Trustee. Parties do not need to announce their names until their case is called. Parties unable to connect to the Zoom videoconference or the conference

call should send an e-mail to genovichbk@fosterswift.com.  Debtors are **not** required to be in the same physical location as their attorneys. All meetings will be recorded. Please contact the Trustee with questions or concerns.

Dated: 06/21/2022                    By: /s/ *Laura J. Genovich*
                                     Laura J. Genovich
                                     Chapter 7 Trustee
                                     1700 E. Beltline Avenue NE, Suite 200
                                     Grand Rapids, MI 49525
                                     (616) 726-2280
                                     genovichbk@fosterswift.com